# IN THE SUPREME COURT OF ALABAMA



June 13, 2025

**SC-2023-0914**

Cincinnati Insurance Company v. Howard Painting, Inc.; Auto-Owners Insurance Company; and Owners Insurance Company (Appeal from Jefferson Circuit Court: CV-20-900230).

## CERTIFICATE OF JUDGMENT

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on June 13, 2025:

**APPLICATION OVERRULED. NO OPINION.** Shaw, J. -- Stewart, C.J., and Bryan, Sellers, and Mendheim, JJ., concur. Cook, J., recuses himself.

WHEREAS, the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on March 21, 2025:

**REVERSED AND REMANDED.** Shaw, J. -- Stewart, C.J., and Bryan, Sellers, and Mendheim, JJ., concur. Cook, J., recuses himself.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**